COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Joseph Lee Taylor v. The State of Texas

Appellate case number:     01-15-00800-CR

Trial court case number:   76613-CR

Trial court:                239th District Court of Brazoria County

Appellant, Joseph Lee Taylor, has filed a "Motion for Extension of Time to File Response to Notice Regarding Certification of Defendant's Right of Appeal." On August 4, 2016, the Clerk of this Court notified appellant that the trial court's "Certification of Defendant's Right of Appeal" indicated that he had waived the right of appeal and the Court might dismiss the appeal for want of jurisdiction unless he filed a response showing that the Court had jurisdiction of the appeal by August 18, 2016. Appellant requests an extension to October 17, 2016 to respond to the notice. The motion is **granted in part**.

Appellant's response to the August 4, 2016 notice must be filed no later than 30 days from the date of this order. If a meritorious response is not timely received in the form described in the August 4, 2016 notice, the Court may dismiss the appeal for want of jurisdiction without further notice.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court

Date: August 23, 2016